JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ JR., <br><br> Petitioner, <br><br> v. <br><br> THE PEOPLE, <br><br> Respondent. | Case No. 5:21-cv-1671-GW (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: February 2, 2022

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE